IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRENT A. WALKER and
DEVAN R. WALKER                                                                    PLAINTIFFS


V.                                      Civil No. 1:13-cv-1080


LION OIL TRADING &
TRANSPORTATION, LLC;
JOHN H. WARREN; and
JAMES SCOTT WIGGINS                                                                DEFENDANTS

## ORDER

Before the Court is Plaintiffs' Second Motion to Remand. (ECF No. 29). Plaintiffs assert that the matter should be remanded to the Circuit Court of Columbia County, Arkansas because Defendants have failed to meet their burden to show complete diversity of citizenship. Defendants have responded and agree that the matter should be remanded to state court. (ECF No. 31). Accordingly, the Court finds that Plaintiffs' Second Motion Remand (ECF No. 29) should be and hereby is **GRANTED**. The case is remanded to the Circuit Court of Columbia County, Arkansas, for further proceedings.

**IT IS SO ORDERED**, this 30th day of April, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge